**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: BLESSED AMBULANCE COMPANY, | § | Case No. 15-45611-NHL |
| INC. | § | |
| F/K/A COLING MEDICAL TRANSPORT, | § | |
| INC. | § | |
| A/K/A COLING AMBULANCE SERVICE, | § | |
| INC. | § | |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Lori Lapin Jones, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | |
|---|---|---|
| Assets Abandoned:  $47,857.00 | | Assets Exempt:  N/A |
| *(without deducting any secured claims)* | | |
| Total Distributions to Claimants:  $742,062.51 | | Claims Discharged Without Payment:  N/A |
| Total Expenses of Administration:  $111,116.79 | | |

3) Total gross receipts of $853,179.30 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $853,179.30 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $54,404.53 | $54,404.53 | $54,404.53 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $122,092.89 | $122,347.26 | $110,003.79 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $1,113.00 | $1,113.00 | $1,113.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $103,996.72 | $104,951.06 | $104,951.06 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $0.00 | $674,210.90 | $674,702.41 | $582,706.92 |
| **TOTAL DISBURSEMENTS** | $0.00 | $955,818.04 | $957,518.26 | $853,179.30 |

4) This case was originally filed under chapter 11 on 12/15/2015, and it was converted to chapter 7 on 04/22/2016.  The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    09/25/2018                    By: /s/ Lori Lapin Jones, Trustee
                                                            Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ACCOUNTS RECEIVABLE | 1290-000 | $147,934.65 |
| Ambulance Operating Certificate | 1229-000 | $700,000.00 |
| TD Bank DIP - 0443 | 1290-000 | $5,194.65 |
| refund of photocopy request fee (offset check No. 102) | 1280-000 | $50.00 |
| **TOTAL GROSS RECEIPTS** | | **$853,179.30** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | New York State Department of Taxation & Finance Bankruptcy Section | 4800-000 | NA | $23,575.11 | $23,575.11 | $23,575.11 |
| 3S | Internal Revenue Service | 4300-000 | NA | $30,829.42 | $30,829.42 | $30,829.42 |
| | **TOTAL SECURED** | | **$0.00** | **$54,404.53** | **$54,404.53** | **$54,404.53** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Lori Lapin Jones | 2100-000 | NA | $45,906.46 | $45,906.46 | $45,906.46 |
| Trustee, Expenses - Lori Lapin Jones | 2200-000 | NA | $265.46 | $265.46 | $265.46 |
| Fees, United States Trustee | 2950-000 | NA | $650.00 | $650.00 | $650.00 |
| Bond Payments - International Sureties, Ltd | 2300-000 | NA | $25.38 | $25.38 | $25.38 |
| Bond Payments - International Sureties, Ltd. | 2300-000 | NA | $0.00 | $254.37 | $254.37 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $1,173.85 | $1,173.85 | $1,173.85 |
| Banking and Technology Service Fee - Rabobank, NA | 2600-000 | NA | $0.00 | $0.00 | $0.00 |
| Banking and Technology Service Fee - UNION BANK | 2600-000 | NA | $940.05 | $940.05 | $940.05 |
| Other State or Local Taxes (post-petition) - NYC Department Of Finance | 2820-000 | NA | $25.00 | $25.00 | $25.00 |
| Other State or Local Taxes (post-petition) - NYC Department of Finance | 2820-000 | NA | $106.00 | $106.00 | $106.00 |
| Other State or Local Taxes (post-petition) - NYS Corporation Tax | 2820-000 | NA | $276.00 | $276.00 | $276.00 |
| Other State or Local Taxes (post-petition) - NYS Corporation Tax | 2820-000 | NA | $500.00 | $500.00 | $500.00 |
| Other State or Local Taxes (post-petition) - New York State Corporation Tax | 2820-000 | NA | $32.00 | $32.00 | $32.00 |
| Other Chapter 7 Administrative Expenses - United States Treasury | 2990-000 | NA | $50.00 | $50.00 | $50.00 |
| Attorney for Trustee Fees (Other Firm) - LAMONICA HERBST & MANISCALCO LLP | 3210-000 | NA | $46,109.50 | $46,109.50 | $46,109.50 |
| Attorney for Trustee Expenses (Other Firm) - LAMONICA HERBST & MANISCALCO LLP | 3220-000 | NA | $1,346.25 | $1,346.25 | $1,346.25 |
| Accountant for Trustee Fees (Other Firm) - GARY R. LAMPERT, CPA | 3410-000 | NA | $12,110.00 | $12,110.00 | $0.00 |
| Accountant for Trustee Fees (Other Firm) - Gary R. Lampert, CPA | 3410-000 | NA | $12,110.00 | $12,110.00 | $12,110.00 |
| Accountant for Trustee Expenses (Other Firm) - GARY R. LAMPERT, CPA | 3420-000 | NA | $233.47 | $233.47 | $0.00 |

| | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Accountant for Trustee Expenses (Other Firm) - Gary R. Lampert, CPA | 3420-000 | NA | $233.47 | $233.47 | $233.47 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$122,092.89** | **$122,347.26** | **$110,003.79** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Other State or Local Taxes  - NYC Department of Finance | 6820-000 | NA | $500.00 | $500.00 | $500.00 |
| Prior Chapter Other Operating Expenses - United States Treasury | 6950-000 | NA | $50.00 | $50.00 | $50.00 |
| Prior Chapter Other State or Local Taxes  - NYC Department of Finance Tax Audit and Enforcement Division | 6820-000 | NA | $563.00 | $563.00 | $563.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$1,113.00** | **$1,113.00** | **$1,113.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | New York State Department of Taxation & Finance Bankruptcy Section | 5800-000 | NA | $59,955.79 | $59,955.79 | $59,955.79 |
| 2 | New York State Department of Labor Unemployment Insurance Division State Office Campus | 5800-000 | NA | $24,881.54 | $24,881.54 | $24,881.54 |
| 3P | Internal Revenue Service | 5800-000 | NA | $42.36 | $42.36 | $42.36 |
| 4P | NYC Department of Finance Tax Audit and Enforcement Division | 5800-000 | NA | $6,642.03 | $6,642.03 | $6,642.03 |
| 12P | Avis Brown | 5300-000 | NA | $12,475.00 | $9,390.18 | $9,390.18 |
| CWT | NYS Employment Contributions and Taxes | 5300-000 | NA | NA | $383.98 | $383.98 |
| FICA EE | United States Treasury | 5300-000 | NA | NA | $773.45 | $773.45 |
| FICA ER | United States Treasury | 5800-000 | NA | NA | $773.45 | $773.45 |
| FWT | United States Treasury | 5300-000 | NA | NA | $1,247.50 | $1,247.50 |
| MEDI EE | United States Treasury | 5300-000 | NA | NA | $180.89 | $180.89 |
| MEDI ER | United States Treasury | 5800-000 | NA | NA | $180.89 | $180.89 |
| SWT | NYS Employment Contributions and Taxes | 5300-000 | NA | NA | $499.00 | $499.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$103,996.72** | **$104,951.06** | **$104,951.06** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | New York State Department of Taxation & Finance Bankruptcy Section | 7300-000 | NA | $4,621.25 | $4,621.25 | $0.00 |
| 3U | Internal Revenue Service | 7300-000 | NA | $0.84 | $0.84 | $0.00 |
| 4U | NYC Department of Finance Tax Audit and Enforcement Division | 7300-000 | NA | $1,125.00 | $1,125.00 | $0.00 |
| 5 | National Grid Bankruptcy Department | 7100-000 | NA | $2.21 | $2.21 | $2.21 |
| 6 | Consolidated Edison Company of New York, Inc. | 7100-000 | NA | $481.78 | $481.78 | $481.78 |
| 7 | Commissioners of State Insurance Fund c/o MAIDENBAUM & ASSOCIATES P.L.L.C. | 7100-000 | NA | $23,597.05 | $23,597.05 | $23,597.05 |
| 8 | Midwood Ambulance & Oxygen Service, Inc. and Lifeline Ambulance Service, Inc. c/o Al Rapisarda | 7100-000 | NA | $165,213.71 | $165,213.71 | $165,213.71 |
| 9 | Estate of Walter Ellis c/o Ravi Ivan Sharma, P.C. | 7100-000 | NA | $366,991.29 | $366,991.29 | $366,991.29 |
| 10 | National Grid Bankruptcy Department | 7100-000 | NA | $152.77 | $152.77 | $152.77 |
| 12U | Avis Brown | 7200-000 | NA | $6,425.00 | $4,836.23 | $1,129.07 |
| 14 | Charmaine Cole c/o Charcole Consulting Inc. | 7200-000 | NA | $59,200.00 | $59,200.00 | $13,820.83 |
| 15 | 347 Rockaway Ave. Corp. | 7200-000 | NA | $46,400.00 | $46,400.00 | $10,832.54 |

| CWTU | NYS Employment Contributions and Taxes | 7200-000 | NA | NA | $197.76 | $46.17 |
| FICAEEU | United States Treasury | 7200-000 | NA | NA | $398.35 | $93.00 |
| FICAERU | United States Treasury | 7200-000 | NA | NA | $398.35 | $93.00 |
| FWTU | United States Treasury | 7200-000 | NA | NA | $642.50 | $150.00 |
| MEDIEEU | United States Treasury | 7200-000 | NA | NA | $93.16 | $21.75 |
| MEDIERU | United States Treasury | 7200-000 | NA | NA | $93.16 | $21.75 |
| SWTU | NYS Employment Contributions and Taxes | 7200-000 | NA | NA | $257.00 | $60.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$0.00** | **$674,210.90** | **$674,702.41** | **$582,706.92** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

**Case No.:**  15-45611-NHL

**Case Name:**  BLESSED AMBULANCE COMPANY, INC.

**For Period Ending:**  09/25/2018

**Trustee Name:**  (521860) Lori Lapin Jones

**Date Filed (f) or Converted (c):**  04/22/2016 (c)

**§ 341(a) Meeting Date:**  05/20/2016

**Claims Bar Date:**  08/22/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | TD Bank DIP - 0443 (u) | 900.00 | 5,194.65 | | 5,194.65 | FA |
| 2 | ACCOUNTS RECEIVABLE (u) | Unknown | 147,934.65 | | 147,934.65 | FA |
| 3 | Office furniture (2 desks) | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Computer (1) | 50.00 | 0.00 | | 0.00 | FA |
| 5 | Vans | 46,607.00 | 0.00 | | 0.00 | FA |
| 6 | Heart Monitors (2) fxr Defibilator | 200.00 | 0.00 | | 0.00 | FA |
| 7 | CASH | 900.00 | 0.00 | | 0.00 | FA |
| 8 | Ambulance Operating Certificate (u) | 0.00 | 700,000.00 | | 700,000.00 | FA |
| 8 | **Assets Totals (Excluding unknown values)** | **$48,757.00** | **$853,129.30** | | **$853,129.30** | **$0.00** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

**Case No.:**  15-45611-NHL

**Case Name:**  BLESSED AMBULANCE COMPANY, INC.

**For Period Ending:**  09/25/2018

**Trustee Name:**   (521860) Lori Lapin Jones

**Date Filed (f) or Converted (c):**   04/22/2016 (c)

**§ 341(a) Meeting Date:**   05/20/2016

**Claims Bar Date:**   08/22/2016

**Major Activities Affecting Case Closing:**

> 4/22/16 - Case converted.
> 4/26/16 - Trustee appointed.
> 5/17/16 - File application to employ counsel.
> 5/18/1 - Debtor filed motion to vacate conversion order.
> 5/20/16 - Order approving retention of counsel; conduct 341 meeting.
> 5/22/16 - Request bar date.
> 6/15/16 -File objection to motion to vacate.
> 6/22/16 - Motion to vacate denied.
> 7/28/16 - Trustee filed motion to compel turnover.
> 7/29/16 - File notice to abandon vehicles.
> 8/12/16 - Order requiring Cole to account and turnover.
> 8/15/16 - Sweep/close TD DIP account.
> 8/22/16 - Bar date.
> 8/23/16 - Referral to US Trustee.
> 9/2/16 - Trustee files motion to vacate order amending caption and to correct caption.
> 10/6/16 - Hearing on Trustee's motion to vacate; granted.
> 10/11/16 - Order entered granting Trustee's motion to vacate.
> 1/17 - Counsel transmits demand letters for accounts receivables.
>       Counsel transmits letter to Cole re: violation of order.
> 2/17/17 - File motion for contempt.
>       File application to employ accountant.
> 2/27/17 - Order approving application to employ accountant.
> 4/20/17 - Receipt of deposit on ambulance license.
> 4/28/17 - File motion to approve sale of ambulance license.
> 5/01/17 - Order holding W. Cole in contempt.
> 5/20/17 - Order approving sale of ambulance license.
> 5/30/17 - Receipt/deposit of sale proceeds.
> 9/21/17 - Obtain regulatory approval of sale of ambulance certificate.
> 9/22/17 - File motion for administrative claim bar date.
> 9/25/17 - Close sale of ambulance certificate.
> 10/4/17 - Order setting administrative claims bar date.
> 12/15/17 - Administrative claims bar date.
> 12/2017 - File tax returns.

**Initial Projected Date Of Final Report (TFR):**  06/30/2018

**Current Projected Date Of Final Report (TFR):**   02/09/2018 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page:  1

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 15-45611-NHL | | | **Trustee Name:** | Lori Lapin Jones (521860) | |
| **Case Name:** | BLESSED AMBULANCE COMPANY, INC. | | | **Bank Name:** | UNION BANK | |
| **Taxpayer ID #:** | **-***0599 | | | **Account #:** | ******0730 Checking Account (Non-Int | |
| **For Period Ending:** | 09/25/2018 | | | **Blanket Bond (per case limit):** | $47,747,648.00 | |
| | | | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/15/16 | | Coling Medical Transport Inc. | | | 153,129.30 | | 153,129.30 |
| | {1} | | | 1290-000 | | | 153,129.30 |
| | | | $5,194.65 | | | | |
| | {2} | | | 1290-000 | | | 153,129.30 |
| | | | $147,934.65 | | | | |
| 09/26/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 109.83 | 153,019.47 |
| 10/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 219.63 | 152,799.84 |
| 11/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 226.74 | 152,573.10 |
| 12/23/16 | 100001 | International Sureties, Ltd | Bond No. 016027942 | 2300-000 | | 25.38 | 152,547.72 |
| 12/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 125.21 | 152,422.51 |
| 01/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 129.21 | 152,293.30 |
| 02/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 129.43 | 152,163.87 |
| 03/10/17 | 100002 | New York State Corporation Tax | ID No. 11-3600599 -2016 Form CT-5 | 2820-000 | | 32.00 | 152,131.87 |
| 03/10/17 | 100003 | NYC Department Of Finance | ID No. **-*******-2016 Form NYC-EXT | 2820-000 | | 25.00 | 152,106.87 |
| 03/20/17 | | DEBTOR'S BANKRUPTCY ESTATE | TRANSFER OF FUNDS TO RABOBANK | 9999-000 | | 152,106.87 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 153,129.30 | 153,129.30 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 152,106.87 | |
| **Subtotal** | 153,129.30 | 1,022.43 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $153,129.30 | $1,022.43 | |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| Case No.: | 15-45611-NHL | Trustee Name: | Lori Lapin Jones (521860) |
|---|---|---|---|
| Case Name: | BLESSED AMBULANCE COMPANY, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0599 | Account #: | ******2466 Checking Account |
| For Period Ending: | 09/25/2018 | Blanket Bond (per case limit): | $47,747,648.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/20/17 | | DEBTOR'S BANKRUPTCY ESTATE | TRANSFER OF FUNDS FROM UNION BANK | 9999-000 | 152,106.87 | | 152,106.87 |
| 03/23/17 | 101 | United States Treasury | Tax return request | 2990-000 | | 50.00 | 152,056.87 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 45.84 | 152,011.03 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 130.04 | 151,880.99 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 200.06 | 151,680.93 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 698.10 | 150,982.83 |
| 07/17/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | -637.46 | 151,620.29 |
| 07/25/17 | 102 | United States Treasury | Fee for tax return EIN #11-3600599/Form 4506 request | 6950-000 | | 50.00 | 151,570.29 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 120.47 | 151,449.82 |
| 08/07/17 | | United States Treasury | refund of photocopy request fee (offset check No. 102) | 1280-002 | 50.00 | | 151,499.82 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 120.37 | 151,379.45 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 132.72 | 151,246.73 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 124.31 | 151,122.42 |
| 12/21/17 | 103 | NYC Department of Finance | NYC-200V (2017) #11-3600599 | 6820-000 | | 500.00 | 150,622.42 |
| 12/21/17 | 104 | NYS Corporation Tax | Form CT-3 (2016) #11-3600599 | 2820-000 | | 106.00 | 150,516.42 |
| 12/21/17 | 105 | NYS Corporation Tax | CT-3M (2016) #11-3600599 | 2820-000 | | 30.00 | 150,486.42 |
| 12/21/17 | 106 | NYC Department of Finance | NYC-200V (2016) #11-3600599 | 2820-000 | | 106.00 | 150,380.42 |
| 12/21/17 | 107 | NYS Corporation Tax | CT-3 (2017) #11-3600599 | 2820-000 | | 500.00 | 149,880.42 |
| 12/21/17 | 108 | NYS Corporation Tax | CT-3M (2017)  #11-3600599 | 2820-000 | | 140.00 | 149,740.42 |
| 01/04/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 120.07 | 149,620.35 |
| 01/12/18 | 109 | International Sureties, Ltd. | Bond No. 016027942 - period 1/1/18 - 1/1/19 | 2300-000 | | 254.37 | 149,365.98 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 119.33 | 149,246.65 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 114.49 | 149,132.16 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 122.57 | 149,009.59 |

|  | | | **Page Subtotals:** | | **$152,156.87** | **$3,147.28** | |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page:  3

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 15-45611-NHL | | | **Trustee Name:** | Lori Lapin Jones (521860) | |
| **Case Name:** | BLESSED AMBULANCE COMPANY, INC. | | | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***0599 | | | **Account #:** | ******2466 Checking Account | |
| **For Period Ending:** | 09/25/2018 | | | **Blanket Bond (per case limit):** | $47,747,648.00 | |
| | | | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/24/18 | | To Account #******2466 | To consolidate accounts | 9999-000 | 700,000.00 | | 849,009.59 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 114.31 | 848,895.28 |
| 05/08/18 | | Rabobank, NA | Refund of service fees debited from account for February ($114.49), March ($122.57) and April ($114.31) 2018 | 2600-000 | | -351.37 | 849,246.65 |
| 05/08/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | -351.37 | 849,598.02 |
| 05/08/18 | 110 | New York State Department of Taxation & Finance Bankruptcy Section | Combined dividend payments for Claim #1S, 1P Voided on 05/08/2018 | | | 83,530.90 | 766,067.12 |
| | | | Claims Distribution - Tue, 05-08-2018   $23,575.11 | 4800-004 | | | 766,067.12 |
| | | | Claims Distribution - Tue, 05-08-2018   $59,955.79 | 5800-004 | | | 766,067.12 |
| 05/08/18 | 110 | New York State Department of Taxation & Finance Bankruptcy Section | Combined dividend payments for Claim #1S, 1P Voided: check issued on 05/08/2018 | | | -83,530.90 | 849,598.02 |
| | | | $23,575.11 | 4800-004 | | | 849,598.02 |
| | | | $59,955.79 | 5800-004 | | | 849,598.02 |
| 05/08/18 | 111 | Internal Revenue Service | Combined dividend payments for Claim #3S, 3P Voided on 05/08/2018 | | | 30,871.78 | 818,726.24 |
| | | | Claims Distribution - Tue, 05-08-2018   $30,829.42 | 4300-004 | | | 818,726.24 |
| | | | Claims Distribution - Tue, 05-08-2018   $42.36 | 5800-004 | | | 818,726.24 |
| 05/08/18 | 111 | Internal Revenue Service | Combined dividend payments for Claim #3S, 3P Voided: check issued on 05/08/2018 | | | -30,871.78 | 849,598.02 |
| | | | $30,829.42 | 4300-004 | | | 849,598.02 |
| | | | $42.36 | 5800-004 | | | 849,598.02 |
| 05/08/18 | 112 | Lori Lapin Jones | Distribution payment - Dividend paid at 100.00% of $45,906.46; | 2100-000 | | 45,906.46 | 803,691.56 |

Page Subtotals:  **$700,000.00  $45,318.03**

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page:    4

| | | |
|---|---|---|
| **Case No.:** | 15-45611-NHL | |
| **Case Name:** | BLESSED AMBULANCE COMPANY, INC. | |
| **Taxpayer ID #:** | **-***0599 | |
| **For Period Ending:** | 09/25/2018 | |

| | |
|---|---|
| **Trustee Name:** | Lori Lapin Jones (521860) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******2466 Checking Account |
| **Blanket Bond (per case limit):** | $47,747,648.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Claim # FEE; Filed: $45,906.46 | | | | |
| 05/08/18 | 113 | Lori Lapin Jones | Distribution payment - Dividend paid at 100.00% of $265.46; Claim # TE; Filed: $265.46 | 2200-000 | | 265.46 | 803,426.10 |
| 05/08/18 | 114 | GARY R. LAMPERT | Distribution payment - Dividend paid at 100.00% of $12,110.00; Claim # ; Filed: $12,110.00 Voided on 05/08/2018 | 3410-004 | | 12,110.00 | 791,316.10 |
| 05/08/18 | 114 | GARY R. LAMPERT | Distribution payment - Dividend paid at 100.00% of $12,110.00; Claim # ; Filed: $12,110.00 Voided: check issued on 05/08/2018 | 3410-004 | | -12,110.00 | 803,426.10 |
| 05/08/18 | 115 | GARY R. LAMPERT | Distribution payment - Dividend paid at 100.00% of $233.47; Claim # ; Filed: $233.47 Voided on 05/08/2018 | 3420-004 | | 233.47 | 803,192.63 |
| 05/08/18 | 115 | GARY R. LAMPERT | Distribution payment - Dividend paid at 100.00% of $233.47; Claim # ; Filed: $233.47 Voided: check issued on 05/08/2018 | 3420-004 | | -233.47 | 803,426.10 |
| 05/08/18 | 116 | LAMONICA HERBST & MANISCALCO LLP | Distribution payment - Dividend paid at 100.00% of $1,346.25; Claim # ; Filed: $1,346.25 | 3220-000 | | 1,346.25 | 802,079.85 |
| 05/08/18 | 117 | LAMONICA HERBST & MANISCALCO LLP | Distribution payment - Dividend paid at 100.00% of $46,109.50; Claim # ; Filed: $46,109.50 | 3210-000 | | 46,109.50 | 755,970.35 |
| 05/08/18 | 118 | U.S. Trustee Payment Center | Distribution payment - Dividend paid at 100.00% of $650.00; Claim # 13; Filed: $650.00 | 2950-000 | | 650.00 | 755,320.35 |
| 05/08/18 | 119 | NYC Department of Finance Tax Audit and Enforcement Division | Distribution payment - Dividend paid at 100.00% of $563.00; Claim # 11; Filed: $563.00 | 6820-000 | | 563.00 | 754,757.35 |
| 05/08/18 | 120 | NYS Employment Contributions and Taxes | Combined dividend payments for Claim #CWT, SWT, CWTU, SWTU | | | 989.15 | 753,768.20 |
| | | | Claims Distribution - Tue, 05-08-2018                                 $383.98 | 5300-000 | | | 753,768.20 |
| | | | Claims Distribution - Tue, 05-08-2018                                 $499.00 | 5300-000 | | | 753,768.20 |
| | | | Claims Distribution - Tue, 05-08-2018                                 $46.17 | 7200-000 | | | 753,768.20 |
| | | | Claims Distribution - Tue, 05-08-2018                                 $60.00 | 7200-000 | | | 753,768.20 |
| | | **Page Subtotals:** | | | **$0.00** | **$49,923.36** | |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 5

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No.: | 15-45611-NHL | | Trustee Name: | | Lori Lapin Jones (521860) | |
| Case Name: | BLESSED AMBULANCE COMPANY, INC. | | Bank Name: | | Rabobank, N.A. | |
| Taxpayer ID #: | **-***0599 | | Account #: | | ******2466 Checking Account | |
| For Period Ending: | 09/25/2018 | | Blanket Bond (per case limit): | | $47,747,648.00 | |
| | | | Separate Bond (if applicable): | | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/08/18 | 121 | United States Treasury | Combined dividend payments for Claim #FICA EE, FWT, MEDI EE, FICA ER, MEDI ER, FICAEEU, FICAERU, FWTU, MEDIEEU Voided on 05/08/2018 | | | 3,513.93 | 750,254.27 |
| | | | Claims Distribution - Tue, 05-08-2018    $773.45 | 5300-004 | | | 750,254.27 |
| | | | Claims Distribution - Tue, 05-08-2018    $1,247.50 | 5300-004 | | | 750,254.27 |
| | | | Claims Distribution - Tue, 05-08-2018    $180.89 | 5300-004 | | | 750,254.27 |
| | | | Claims Distribution - Tue, 05-08-2018    $773.45 | 5800-004 | | | 750,254.27 |
| | | | Claims Distribution - Tue, 05-08-2018    $180.89 | 5800-004 | | | 750,254.27 |
| | | | Claims Distribution - Tue, 05-08-2018    $93.00 | 7200-004 | | | 750,254.27 |
| | | | Claims Distribution - Tue, 05-08-2018    $93.00 | 7200-004 | | | 750,254.27 |
| | | | Claims Distribution - Tue, 05-08-2018    $150.00 | 7200-004 | | | 750,254.27 |
| | | | Claims Distribution - Tue, 05-08-2018    $21.75 | 7200-004 | | | 750,254.27 |
| 05/08/18 | 121 | United States Treasury | Combined dividend payments for Claim #FICA EE, FWT, MEDI EE, FICA ER, MEDI ER, FICAEEU, FICAERU, FWTU, MEDIEEU Voided: check issued on 05/08/2018 | | | -3,513.93 | 753,768.20 |
| | | | $773.45 | 5300-004 | | | 753,768.20 |
| | | | $1,247.50 | 5300-004 | | | 753,768.20 |
| | | | $180.89 | 5300-004 | | | 753,768.20 |
| | | | $180.89 | 5800-004 | | | 753,768.20 |

Page Subtotals: $0.00  $0.00

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 6

| | | |
|---|---|---|
| **Case No.:** | 15-45611-NHL | |
| **Case Name:** | BLESSED AMBULANCE COMPANY, INC. | |
| **Taxpayer ID #:** | **-***0599 | |
| **For Period Ending:** | 09/25/2018 | |

| | | |
|---|---|---|
| **Trustee Name:** | Lori Lapin Jones (521860) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******2466 Checking Account |
| **Blanket Bond (per case limit):** | $47,747,648.00 |
| **Separate Bond (if applicable):** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Deposit<br>$ | 6<br>Disbursement<br>$ | 7<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | $773.45 | | | | |
| | | | $180.89 | 5800-004 | | | 753,768.20 |
| | | | $93.00 | 7200-004 | | | 753,768.20 |
| | | | $93.00 | 7200-004 | | | 753,768.20 |
| | | | $150.00 | 7200-004 | | | 753,768.20 |
| | | | $21.75 | 7200-004 | | | 753,768.20 |
| 05/08/18 | 122 | Avis Brown | Combined dividend payments for Claim #12P, 12U Voided on 05/08/2018 | | | 10,519.25 | 743,248.95 |
| | | | Claims Distribution - Tue, 05-08-2018<br>$9,390.18 | 5300-004 | | | 743,248.95 |
| | | | Claims Distribution - Tue, 05-08-2018<br>$1,129.07 | 7200-004 | | | 743,248.95 |
| 05/08/18 | 122 | Avis Brown | Combined dividend payments for Claim #12P, 12U Voided: check issued on 05/08/2018 | | | -10,519.25 | 753,768.20 |
| | | | $9,390.18 | 5300-004 | | | 753,768.20 |
| | | | $1,129.07 | 7200-004 | | | 753,768.20 |
| 05/08/18 | 123 | New York State Department of Labor Unemployment Insurance Division State Office Campus | Distribution payment - Dividend paid at 100.00% of $24,881.54; Claim # 2; Filed: $24,881.54 | 5800-000 | | 24,881.54 | 728,886.66 |
| 05/08/18 | 124 | NYC Department of Finance Tax Audit and Enforcement Division | Distribution payment - Dividend paid at 100.00% of $6,642.03; Claim # 4P; Filed: $6,642.03 | 5800-000 | | 6,642.03 | 722,244.63 |
| 05/08/18 | 125 | National Grid Bankruptcy Department | Combined dividend payments for Claim #5, 10 Voided on 05/08/2018 | | | 154.98 | 722,089.65 |
| | | | Claims Distribution - Tue, 05-08-2018<br>$2.21 | 7100-004 | | | 722,089.65 |
| | | | Claims Distribution - Tue, 05-08-2018 | 7100-004 | | | 722,089.65 |
| | | | **Page Subtotals:** | | **$0.00** | **$31,678.55** | |

# Form 2

Exhibit 9
Page: 7

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-45611-NHL | |
| **Case Name:** | BLESSED AMBULANCE COMPANY, INC. | |
| **Taxpayer ID #:** | **-***0599 | |
| **For Period Ending:** | 09/25/2018 | |

| | |
|---|---|
| **Trustee Name:** | Lori Lapin Jones (521860) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******2466 Checking Account |
| **Blanket Bond (per case limit):** | $47,747,648.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | $152.77 | | | | |
| 05/08/18 | 125 | National Grid Bankruptcy Department | Combined dividend payments for Claim #5, 10 Voided: check issued on 05/08/2018 | | | -154.98 | 722,244.63 |
| | | | | 7100-004 | | | 722,244.63 |
| | | | $2.21 | | | | |
| | | | | 7100-004 | | | 722,244.63 |
| | | | $152.77 | | | | |
| 05/08/18 | 126 | Consolidated Edison Company of New York, Inc. | Distribution payment - Dividend paid at 100.00% of $481.78; Claim # 6; Filed: $481.78 | 7100-000 | | 481.78 | 721,762.85 |
| 05/08/18 | 127 | Commissioners of State Insurance Fund c/o MAIDENBAUM & ASSOCIATES P.L.L.C. | Distribution payment - Dividend paid at 100.00% of $23,597.05; Claim # 7; Filed: $23,597.05 Voided on 05/10/2018 | 7100-004 | | 23,597.05 | 698,165.80 |
| 05/08/18 | 128 | Midwood Ambulance & Oxygen Service, Inc. and Lifeline Ambulance Service, Inc. c/o Al Rapisarda | Distribution payment - Dividend paid at 100.00% of $165,213.71; Claim # 8; Filed: $165,213.71 Voided on 05/10/2018 | 7100-004 | | 165,213.71 | 532,952.09 |
| 05/08/18 | 129 | Estate of Walter Ellis c/o Ravi Ivan Sharma, P.C. | Distribution payment - Dividend paid at 100.00% of $366,991.29; Claim # 9; Filed: $366,991.29 | 7100-000 | | 366,991.29 | 165,960.80 |
| 05/08/18 | 130 | United States Treasury | Distribution payment - Dividend paid at 23.35% of $93.16; Claim # MEDIERU; Filed: $0.00 Voided on 05/08/2018 | 7200-004 | | 21.75 | 165,939.05 |
| 05/08/18 | 130 | United States Treasury | Distribution payment - Dividend paid at 23.35% of $93.16; Claim # MEDIERU; Filed: $0.00 Voided: check issued on 05/08/2018 | 7200-004 | | -21.75 | 165,960.80 |
| 05/08/18 | 131 | Charmaine Cole c/o Charcole Consulting Inc. | Distribution payment - Dividend paid at 23.35% of $59,200.00; Claim # 14; Filed: $59,200.00 | 7200-000 | | 13,820.83 | 152,139.97 |
| 05/08/18 | 132 | 347 Rockaway Ave. Corp. | Distribution payment - Dividend paid at 23.35% of $46,400.00; Claim # 15; Filed: $46,400.00 | 7200-000 | | 10,832.54 | 141,307.43 |
| 05/08/18 | 133 | Avis Brown | Distribution payment - Dividend paid at 100.00% of $9,390.18; Claim No. 12P | 5300-000 | | 9,390.18 | 131,917.25 |
| 05/08/18 | 134 | Avis Brown | Distribution payment - Dividend paid at 23.35% of $4,836.23; Claim No. 12U | 7200-000 | | 1,129.07 | 130,788.18 |
| 05/08/18 | 135 | National Grid Bankruptcy Department | Distribution payment - Dividend paid at 100.00% of $152.77; Claim No. 10 | 7100-000 | | 152.77 | 130,635.41 |
| 05/08/18 | 136 | National Grid Bankruptcy Department | Distribution payment - Dividend paid at 100.00% of $2.21; Claim | 7100-000 | | 2.21 | 130,633.20 |
| | | | **Page Subtotals:** | | **$0.00** | **$591,456.45** | |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 8

| Case No.: | 15-45611-NHL | Trustee Name: | Lori Lapin Jones (521860) |
|---|---|---|---|
| Case Name: | BLESSED AMBULANCE COMPANY, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0599 | Account #: | ******2466 Checking Account |
| For Period Ending: | 09/25/2018 | Blanket Bond (per case limit): | $47,747,648.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | No. 5 | | | | |
| 05/08/18 | 137 | United States Treasury | ID# 11-3600599; Form 941 - 2nd Quarter 2018 | | | 3,535.68 | 127,097.52 |
| | | | Claims Distribution - Tue, 05-08-2018 $773.45 | 5300-000 | | | 127,097.52 |
| | | | Claims Distribution - Tue, 05-08-2018 $1,247.50 | 5300-000 | | | 127,097.52 |
| | | | Claims Distribution - Tue, 05-08-2018 $180.89 | 5300-000 | | | 127,097.52 |
| | | | Claims Distribution - Tue, 05-08-2018 $773.45 | 5800-000 | | | 127,097.52 |
| | | | Claims Distribution - Tue, 05-08-2018 $180.89 | 5800-000 | | | 127,097.52 |
| | | | Claims Distribution - Tue, 05-08-2018 $93.00 | 7200-000 | | | 127,097.52 |
| | | | Claims Distribution - Tue, 05-08-2018 $93.00 | 7200-000 | | | 127,097.52 |
| | | | Claims Distribution - Tue, 05-08-2018 $150.00 | 7200-000 | | | 127,097.52 |
| | | | Claims Distribution - Tue, 05-08-2018 $21.75 | 7200-000 | | | 127,097.52 |
| | | | Claims Distribution - Tue, 05-08-2018 $21.75 | 7200-000 | | | 127,097.52 |
| 05/08/18 | 138 | New York State Department of Taxation & Finance Bankruptcy Section | Distribution payment - Dividend paid at 100.00% of $23,575.11; Claim #1S | 4800-000 | | 23,575.11 | 103,522.41 |
| 05/08/18 | 139 | New York State Department of Taxation & Finance Bankruptcy Section | Distribution payment - Dividend paid at 100.00% of $59,955.79; Claim #1P | 5800-000 | | 59,955.79 | 43,566.62 |
| 05/08/18 | 140 | Internal Revenue Service | Distribution payment - Dividend paid at 100.00% of $30,829.42; Claim #3S | 4300-000 | | 30,829.42 | 12,737.20 |
| 05/08/18 | 141 | Internal Revenue Service | Distribution payment - Dividend paid at 100.00% of $42.36; Claim #3P | 5800-000 | | 42.36 | 12,694.84 |

Page Subtotals:     $0.00     $117,938.36

{} Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 9

| Case No.: | 15-45611-NHL | Trustee Name: | Lori Lapin Jones (521860) |
|---|---|---|---|
| Case Name: | BLESSED AMBULANCE COMPANY, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0599 | Account #: | ******2466 Checking Account |
| For Period Ending: | 09/25/2018 | Blanket Bond (per case limit): | $47,747,648.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/08/18 | 142 | Gary R. Lampert, CPA | Distribution payment-Dividend paid at 100.00% of $12,110.00; Claim #; Filed: $12,110.00 | 3410-000 | | 12,110.00 | 584.84 |
| 05/08/18 | 143 | Gary R. Lampert, CPA | Distribution payment-Dividend paid at 100.00% of $233.47; Claim #; Filed: $233.47 | 3420-000 | | 233.47 | 351.37 |
| 05/08/18 | | Rabobank, NA | Reversal of duplicate fee refund entry | 2600-000 | | 351.37 | 0.00 |
| 05/10/18 | 127 | Commissioners of State Insurance Fund c/o MAIDENBAUM & ASSOCIATES P.L.L.C. | Distribution payment - Dividend paid at 100.00% of $23,597.05; Claim # 7; Filed: $23,597.05 Voided: check issued on 05/08/2018 | 7100-004 | | -23,597.05 | 23,597.05 |
| 05/10/18 | 128 | Midwood Ambulance & Oxygen Service, Inc. and Lifeline Ambulance Service, Inc. c/o Al Rapisarda | Distribution payment - Dividend paid at 100.00% of $165,213.71; Claim # 8; Filed: $165,213.71 Voided: check issued on 05/08/2018 | 7100-004 | | -165,213.71 | 188,810.76 |
| 05/10/18 | 144 | Midwood Ambulance & Oxygen Service, Inc. | Distribution payment - Dividend paid at 100.00% of $165,213.71; Claim # 8; Filed: $165,213.71 | 7100-000 | | 165,213.71 | 23,597.05 |
| 05/10/18 | 145 | Commissioner of State Insurance Fund | Distribution payment - Dividend paid at 100.00% of $23,597.05; Claim # 7; Filed: $23,597.05 | 7100-000 | | 23,597.05 | 0.00 |

|  | | | | | | |
|---|---|---|---|---|---|---|
| **COLUMN TOTALS** | | | | 852,156.87 | 852,156.87 | $0.00 |
| Less: Bank Transfers/CDs | | | | 852,106.87 | 0.00 | |
| **Subtotal** | | | | 50.00 | 852,156.87 | |
| Less: Payments to Debtors | | | | | 0.00 | |
| **NET Receipts / Disbursements** | | | | $50.00 | $852,156.87 | |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page:   10

| Case No.: | 15-45611-NHL | Trustee Name: | Lori Lapin Jones (521860) |
|---|---|---|---|
| Case Name: | BLESSED AMBULANCE COMPANY, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0599 | Account #: | ******8300 Deposit/Sale Proceeds |
| For Period Ending: | 09/25/2018 | Blanket Bond (per case limit): | $47,747,648.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/20/17 | {8} | City Wide Mobile Response Corp | Deposit - sale proceeds | 1229-000 | 70,000.00 | | 70,000.00 |
| 05/30/17 | {8} | Citywide Mobile Response Corp. | Sale proceeds | 1229-000 | 630,000.00 | | 700,000.00 |
| 04/24/18 | | To Account #******2466 | To consolidate accounts | 9999-000 | | 700,000.00 | 0.00 |
| | | COLUMN TOTALS | | | 700,000.00 | 700,000.00 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 700,000.00 | |
| | | Subtotal | | | 700,000.00 | 0.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $700,000.00 | $0.00 | |

## Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page:   11

| | |
|---|---|
| Case No.: | 15-45611-NHL |
| Case Name: | BLESSED AMBULANCE COMPANY, INC. |
| Taxpayer ID #: | **-***0599 |
| For Period Ending: | 09/25/2018 |

| | |
|---|---|
| Trustee Name: | Lori Lapin Jones (521860) |
| Bank Name: | Rabobank, N.A. |
| Account #: | ******8300 Deposit/Sale Proceeds |
| Blanket Bond (per case limit): | $47,747,648.00 |
| Separate Bond (if applicable): | N/A |

| | |
|---|---|
| Net Receipts: | $853,179.30 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $50.00 |
| Net Estate: | $853,129.30 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0730 Checking Account (Non-Int | $153,129.30 | $1,022.43 | $0.00 |
| ******2466 Checking Account | $50.00 | $852,156.87 | $0.00 |
| ******8300 Deposit/Sale Proceeds | $700,000.00 | $0.00 | $0.00 |
| | $853,179.30 | $853,179.30 | $0.00 |